## Lumley *v.* Hughestown Borough Town Council et al., Appellants.

Argued May 24, 1949. Before MAXEY, C. J., LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Neville B. Shea,* with him *Charles A. Shea, Jr.* and *Shea & Shea,* for appellants.

*Thomas F. Burke,* with him *Albert B. Carrozza,* for appellee.

PER CURIAM, June 24, 1949:
The judgment is affirmed on the opinion of the court below. Costs to be paid by appellants.